

**To:** Clerk of Court
**U.S. District Court for the Southern District of New York**
Clerk of Court
500 Pearl Street, Room 200
New York, NY 10007

**From:**
Joseph Anthony Reyna (JoeCat®)
Public-Interest Litigant · Founder, Dreams Over Dollars Foundation (501(c)(3))
5900 Balcones Dr #16077 · Austin, TX 78731
whitehat@joecattt.com

**Subject:** Administrative Record Verification — Request for Certificate of Docket Integrity

---

**Dear Clerk,**

This correspondence is an administrative request made in good faith under **28 U.S.C. §§ 751–752, Fed. R. Civ. P. 79(a),** and **Fed. R. Evid. 901(b)(9).**

It seeks verification of docket completeness for filings submitted under my name (*Joseph Anthony Reyna / JoeCat®*) to ensure my nonprofit's archival records correspond with the official court record.

It is not a motion, complaint, or accusation—it is a request for procedural alignment.

Because the Clerk serves as the statutory officer responsible for maintaining the court's record and seal, this verification simply affirms that the record as it exists reflects the totality of filings received, without alteration or omission.

In the digital environment of CM/ECF and NextGen, where automation governs queueing and posting, administrative confirmation preserves both evidentiary and institutional integrity.

**I respectfully request:**

1. Written confirmation that the current docket accurately reflects all filings received by your office, including any mailed submissions under Rule 5(b)(2)(C).

2. A brief note identifying the version of the docket management system currently in use (e.g., CM/ECF version) and any automated archival or compression cycles that may

apply.

3. Certification that no deletions, re-sequencing, or retroactive modifications have been made to docket entries since original filing.

4. Confirmation that the **CM/ECF Audit Trail** and **Notice of Electronic Filing (NEF)** metadata remain available for those entries.

No privileged or sealed materials are sought.
This is a documentation request intended solely to preserve administrative clarity between public and private records.

**Recursive Notice Clause**

Receipt of this correspondence constitutes notice that the docket itself has become an evidentiary record.

A certified response confirms completeness; silence preserves the existence of ambiguity. Either outcome forms part of the same record this letter describes.

In other words: the act of acknowledgment fulfills the purpose of the notice.

**Disclaimer**

Submitted under 28 U.S.C. § 1746 and Fed. R. Civ. P. 26, 34, and 37(e) for procedural record preservation.

This request imposes no legal obligation beyond standard custodial verification.

If another office or division manages docket certification, please identify that entity in writing so the record of continuity may remain intact.

**Closing**

My goal is simple alignment: one complete record held in two places.
Your office's confirmation ensures the historical accuracy of both.
Administrative clarity is the highest form of respect for the Court's process.

Respectfully,
**/s/ Joseph Anthony Reyna (JoeCat®)**
Public-Interest Litigant · Founder, Dreams Over Dollars Foundation (501(c)(3))
Executed under 28 U.S.C. § 1746 on October 28, 2025
UndercoverSuperheroes.com | WhiteHat@JoeCattt.com

Dreams Over Dollars
5900 Balcones Dr. #16077
Austin, Texas 78731

RECEIVED
NOV -3 2025
PRO SE OFFICE

AUSTIN TX 787
RIO GRANDE DISTRICT
29 OCT 2025 AM 4 L



NONPROFIT ORG/USA

U.S. District Court for the Southern District of New York
Clerk of Court
500 Pearl Street, Room 200
New York, NY 10007

Nonprofit Organization – Authorized by U.S. Postal Service