**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSEPH ANTHONY REYNA aka JoeCat,

                Petitioner,

-against-                                   25 **CIVIL** 6779 (LLS)

                                           **JUDGMENT**

UNIVERSAL MUSIC GROUP N.V.; UMG
RECORDINGS, INC.,

                Respondents.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 15, 2025, the Court treats the petition (ECF 1) and

supplemental petition (ECF 16) together as the operative petition. UMG Recordings, Inc. is

named as a respondent in the supplemental petition. The petition to perpetuate deposition

testimony, pursuant to Rule 27 of the Federal Rules of Civil Procedure, is dismissed.

**Dated:**  New York, New York

        December 18, 2025

                                   **TAMMI M. HELLWIG**

                                  _____
                                      **Clerk of Court**

             **BY:**               K. mango

                                  _____
                                       **Deputy Clerk**